```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 06466
  DONALD V MEUZELAAR
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-1405


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/19/08 and confirmed on 07/30/08.

     2.  The case was dismissed after confirmation, 12/12/2008.

     3.  The Debtor paid a total of $   1775.00 .

     4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
---------------------------------------------------------------------------
WELLS FARGO HOME MORT    CURRENT MORTG          .00            .00             .00
WELLS FARGO HOME MORT    MORTGAGE ARRE          .00            .00             .00
HSBC AUTO FINANCE        SECURED VEHIC          .00            .00             .00
TRIAD FINANCIAL CORP     SECURED VEHIC          .00            .00             .00
RIVERBROOK ESTATES HOA   SECURED             1589.00           .00          272.40
CAPITAL ONE BANK         UNSECURED           8320.77           .00             .00
HSBC                     UNSECURED         NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED           4948.72           .00             .00
WASHINGTON MUTUAL CARD S UNSECURED         NOT FILED           .00             .00
         Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1589.00         .00    13269.49         .00      14858.49
PRINCIPAL PAID       272.40         .00         .00         .00        272.40
INTEREST PAID           .00         .00         .00         .00            .00
TOTAL PAID           272.40         .00         .00         .00        272.40
```

The Debtor's attorney, PATRICK A MESZAROS                  , was allowed $   3500.00
and was paid $   1000.00   direct and $   1399.64   through the plan.

The Trustee received $    102.96 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



  Dated: 03/12/09                          /S/

```
                    GLENN STEARNS
                    CHAPTER 13 TRUSTEE




                           PAGE   2
       CASE NO. 08 B 06466 DONALD V MEUZELAAR
```